United States District Court
Southern District of Texas
**ENTERED**
November 04, 2022
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| VEOLIA NORTH AMERICA, LLC, | § § § | CIVIL ACTION NO 4:22-cv-03752 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ROBERT LEONARD WHEATLEY, | § § § | |
| Defendants. | § | |

### ORDER

Pending is a motion for entry of a temporary restraining order by Plaintiff Veolia North America, LLC. Dkt 2. Neither the motion nor the memorandum in support states that VNA seeks emergency or *ex parte* relief. Ibid.

VNA must proceed to serve Defendant Robert Leonard Wheatley or explain why it would be impracticable to do so. Refer to Section 3 of this Court's procedures.

VNA must propose a briefing schedule if it intends to seek expedited consideration.

SO ORDERED.

Signed on November 4, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge